Taide Chavez
09-25022

## DECLARATION OF RICHARD S. RALSTON

I, Richard S. Ralston, declare and state as follows:

1. I am an attorney licensed to practice in the State of Arizona. Weinstein & Riley, P.S. is national counsel for Wells Fargo and I am familiar with the matters herein stated by virtue of my review of and familiarity with Plaintiff's records generally, and those pertaining particularly to this matter.

2. In accordance with Fed. R. Bankr. P. 7007.1(a), plaintiff, Wells Fargo Bank, N.A. ("WFB"), hereby certifies to the Court that WFB is wholly-owned by Wells Fargo & Company ("WFC"). No company owns ten percent (10%) or more of WFC's stock.

3. Any further changes that would require notification to the court will promptly be provided by an Amended Statement of Corporate Ownership.

Attorney Name:  Richard S. Ralston, Bar No. 21987
Weinstein & Riley, P.S.
Counsel for Wells Fargo

41925698