**SO ORDERED.**

Dated: March 02, 2010



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA AT PHOENIX

| | |
|---|---|
| In re:<br><br>Taide Chavez,<br><br>    Debtor. | BK No. 09-25022 |
| Wells Fargo Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Taide Chavez,<br><br>    Defendant. | ADV. NO. 10-00060-CGC<br><br>**ORDER AND JUDGMENT OF NONDISCHARGEABILITY** |

Based upon the Stipulation of the Parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The sum of **$3,500.00** owed by Defendant to Plaintiff is found to be nondischargeable, pursuant to U.S.C. § 523(a)(2)(a), and Plaintiff is granted judgment against Defendant in this amount.

2. The non-discharged sum of **$3,500.00** shall be paid as follows: **the sum of $75.00 per month, each month for 46 months, commencing 03/01/2010; thereafter a final payment of $50.00.** Payments shall be due on the same day of each month. While not in default, such principal shall not bear interest.

3. Payments are to be made to:

>   **Accounts Receivable**
>   **Attn: Wells Fargo Bank, N.A.**
>   **WEINSTEIN & RILEY, P.S.**
>   **P.O. Box 3978**
>   **Seattle, WA 98124**
>   **INCLUDE ACCOUNT NUMBER ON ALL PAYMENTS**
>
>   Plaintiff or its agents may send monthly bills and invoices as a courtesy reminder to Defendant.

4. In the event Defendant defaultsto make any required payment within ten (10) days of its due date, then Plaintiff, after giving 10 days written notice to debtor and debtor's counsel, is authorized to apply to the Clerk of the Court for an entry of judgment against Taide Chavez for the amount of **$3,500.00**, less any payments made.

5. If Defendant fails to make any payment as agreed, the remaining **$3,500.00** shall bear interest at twelve percent (12%) per annum until paid or otherwise satisfied. However, no interest will accrue so long as payments are kept current.

6. Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant continue to make payment on a regular, timely basis. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy, including (but not limited to) garnishment of wages or bank accounts, and the filing of liens, without further notice.

7. The parties shall pay their own attorney fees and costs in this matter.

Submitted by:

_____     2.16.10
Richard S. Ralston, Bar #21987     Date
Attorney for Plaintiff

_____     2-9-10
Taide Chavez,     Date
Defendant


cc: Richard S. Ralston
     Taide Chavez